# United States District Court
## District of South Dakota

Office of the Clerk
Room 128, Federal Building
400 S. Phillips Ave.
Sioux Falls, SD 57104-6851

Joseph Haas
Clerk of Court

Telephone
(605) 330-4447

RECEIVED
BY MAIL
JAN 3 1 2005
CLERK, US DIST. COURT
ST. PAUL, MN

January 27, 2005

Francis E. Dosal
Clerk, United States District Court
District of Minnesota
708 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Rule 5 Documents
CR 02-292 RHK/AJB

Re: 05-M05 - USA v. Wade Bamberg

Dear Mr. Dosal:

Enclosed please find certified copies of (1) Minutes of initial appearance and preliminary examination on Petition to Revoke Supervised Release; (2) Waiver of Rule 32.1 Hearings; and (3) Order all in regard to the above proceedings. I am also enclosing a copy of the Commitment to Another District.

Sincerely,

Joseph Haas, Clerk
U.S. Court

By: ______________________
Deputy Clerk

dp
Enclosures

SCANNED
JAN 3 1 2005
U.S. DISTRICT COURT ST. PAUL

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of South Dakota

UNITED STATES OF AMERICA
V.
WADE BAMBERG

**COMMITTMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 0:02-CR-00292-RHK-AJB | 05-M05 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

Indictment ☐ Information ☐ Complaint X Other (specify) Petition

**charging a violation of** supervised release

FILED
JAN 27 2005
CLERK

**DISTRICT OF OFFENSE**

District of Minnesota

**DESCRIPTION OF CHARGES:**

Various violations of conditions of supervised release

**CURRENT BOND STATUS:**

☐ Bail fixed at and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel X Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** X No ☐ Yes Language:

**DISTRICT OF** SOUTH DAKOTA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

1/27/05
Date

United States Judge or Magistrate Judge

**RETURN**

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

JUDGE - John E. Simko
CASE NO. - 05-M05___

REPORTER - FTR Recording
DATE - 1/27/05
PAGE NO. - 1

| CASE | COUNSEL |
|---|---|
| United States of America, | John Ulrich |
| Plaintiff, | |
| vs. | |
| Wade Bamberg, | Timothy Langley |
| Defendant. | |

FILED
JAN 27 2005
CLERK

COURTROOM DEPUTY: Christine L. Gross
TIME HEARING SCHEDULED TO BEGIN: 2:30 p.m.

TIME:

2:35 p.m. Enter initial appearance and preliminary examination on Petition to Revoke Supervised Release pending in the District of Minnesota before the Honorable John E. Simko, United States Magistrate Judge, Sioux Falls, South Dakota.

Based on Defendant's financial affidavit, Timothy Langley was appointed as counsel for the Defendant for proceedings in South Dakota.

Defendant advised of constitutional rights. Defendant advised of his right to an identity hearing.

Defendant sworn in and questioned by the court.

Defendant waived an identity hearing.

Defendant has received a copy of and read the Petition.
Reading of the charges held. Defendant understands allegations.

Defendant advised of maximum possible penalties:
2 years imprisonment.

Defendant requests a preliminary examination. U.S. seeks detention. The court noted it is defendant's burden to prove he should be released. Defendant has no evidence to present.

A preliminary examination was held.

**Maureen Janssen**, U.S. Probation Officer, sworn in and examined by attorney Ulrich. Cross-examination by attorney Langley.

Argument in opposition to finding of probable cause by attorney Langley.

The court dismissed the allegation that he committed another federal, state or local crime for lack of probable cause. The court determined probable cause exists, however, for the allegation that defendant was unsuccessfully terminated from his halfway house placement. The court bound Defendant over for further proceedings.

The court remanded Defendant to the custody of the U.S. Marshal's Service for transportation to the District of Minnesota for further proceedings.

3:05 p.m. Court in recess.

FILED
JAN 27 2005
CLERK

# UNITED STATES DISTRICT COURT

_______________ DISTRICT OF _______________

UNITED STATES OF AMERICA

V.

WADE BAMBERG
Defendant

**WAIVER OF RULE 32.1 HEARINGS**
(Probation/Supervised Release Violation)

CASE NUMBER: CR. 05-M05

CHARGING DISTRICTS CASE NUMBER: 0:02-CR-00292-RHK-AJB

I understand that charges are pending in the _______________ District of Minnesota alleging violation of supervised release (Probation / Supervised Release) and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) **retain counsel or request the assignment of counsel if I am unable to retain counsel;**

(2) **an identity hearing to determine whether I am the person named in the charges;**

(3) **a preliminary hearing (but only if I will be kept in custody, and the hearing will only be held in this district if the alleged violation occurred here) to determine whether there is probable cause to believe a violation occurred; and**

(4) **a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.**

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) **identity hearing**

( ) **preliminary hearing**

( ) **identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.**

_______________
*Defendant*

1-27-05
*Date*

_______________
*Defense Counsel*

FILED

JAN 27 2005

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 05-M05 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| WADE BAMBERG, | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

This matter came before the Court for hearing on a Petition venued in the District of Minnesota on Thursday, January 27, 2005. The Defendant appeared in person and by his counsel, Assistant Federal Public Defender Tim Langley. The United States appeared by Assistant United States Attorney, John Ulrich.

Pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, Defendant waived an identity hearing. Defendant requested a preliminary hearing and one was held. Defendant did not present any evidence to rebut the presumption for detention. Based on the evidence presented at the hearing, I find as follows:

I find that Wade Bamberg is the person who appeared in this courtroom and who is named in the warrant for arrest, a copy of which has been produced. Probable cause exists for the second allegation contained in the Petition on Supervised Release. The first allegation listed in the Petition was dismissed due to lack of probable cause. Further, I find the Defendant shall be detained by the U.S. Marshals Service and transported to the District of Minnesota for further proceedings.

It is therefore ORDERED that Wade Bamberg be held to answer in the district court in which the prosecution is pending. Final commitment given to the U.S. Marshal.

Dated this 27 day of January, 2005.

John E. Simko
John E. Simko
United States Magistrate Judge

ATTEST:
JOSEPH HAAS, Clerk

by ________________, Deputy
(SEAL)