AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

District of South Dakota

UNITED STATES OF AMERICA
V.
WADE BAMBERG

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 0:02-CR-00292-RHK-AJB | 05-M05 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

Indictment ☐ Information ☐ Complaint X Other (specify) Petition

**charging a violation of** supervised release

**DISTRICT OF OFFENSE**
District of Minnesota

**DESCRIPTION OF CHARGES:**

Various violations of conditions of supervised release

RECEIVED 05 FEB -3 PM 3:13

**CURRENT BOND STATUS:**

☐ Bail fixed at and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel X Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** X No ☐ Yes Language:

**DISTRICT OF** SOUTH DAKOTA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

1/27/05 — John Simko
Date — United States Judge or Magistrate Judge

**RETURN**

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| 1/28/05 | Sherburne Co Jail | 1/28/05 |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| 1/28/05 | Al Garber | |

SCANNED FEB - 3 2005 U.S. DISTRICT COURT MPLS

Lynnette Truesdale
Criminal Clerk