**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | ) | BEFORE: J. Earl Cudd<br>U.S. Magistrate Judge |
| v. | ) | |
| **Wade Alan Bamberg,** | ) | |
| Defendant. | ) | |

| | |
|---|---|
| Case No: | CR 02-292 RHK |
| Date: | February 3, 2005 |
| Court Reporter: | None |
| Tape Number: | 2005-4-162-235 |
| Time Commenced: | 10:35 a.m. |
| Time Concluded: | 10:45 a.m. |
| Time in Court: | 10 Minutes |

____ **PRELIMINARY HRG ONLY** T **DETENTION HRG ONLY**

_____ **PRELIMINARY REVOCATION/DETENTION HRG** _____ **REMOVAL HRG**

APPEARANCES:

**Plaintiff**: Nate Petterson
Assistant U.S. Attorney

**Defendant:** Dan Scott
T FPD 9 CJA 9 Retained T Appointed

Interpreter: NA // English

On 9 Indictment 9 Information 9 Complaint Violation of 9 **Pre-trial Release** T **Supervised Release**

9 **Charges from other District** ____________________________________________

T Deft Ordered Detained - Govt to submit proposed order 9 Bond Continued 9 Moot Currently Srvg Sentence

Bond set in the amount of $_____________________ with conditions, see Order Setting Conditions of Release.

T Deft bound over to District Court of Minnesota
9 Deft removed to charging district and is ordered to appear before _________________on___________________.

9 Removal Order to be Issued 9 **No** Removal Order to be Issued 9 Commitment to Another District to be Issued

Additional Information: **Counsel to contact Judge Kyle's chambers for Final Revocation hearing date.**

s/Joan Flood
Signature of Judicial Assistant