A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

2005 JAN 13 P 3: 13

RECEIVED
U.S. MARSHAL
ST. PAUL MINN

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

CASE NUMBER: **CR 02-292(1) RHK**

0541-0113-0543-D

Wade Alan Bamberg

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Wade Alan Bamberg

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:
Violation of Supervised Release

Ordered by: Judge Richard H. Kyle, United States District Court Judge.

Mary Kay Furchner

(By) Mary Kay Furchner, Deputy Clerk

January 13, 2005 at St. Paul, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ___________________

______________________ ______________________

Name and Title of Arresting Officer Signature of Arresting Officer

**ARRESTED ON** 1-26-05
**ARRESTED BY** USMS - SD
**U.S. MARSHAL**
**DISTRICT OF MINNESOTA**
**BY** M. Lahr[illegible]

SCANNED
FEB 07 2005
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04