# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL MOTION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Wade Bamberg,
,
,
Defendants.

**COURT MINUTES**
BEFORE: Richard Kyle
U.S. Judge

| | |
|---|---|
| Case No: | Cr. 02-292 RHK 1 |
| Date: | February 18, 2005 |
| Court Reporter: | Robert Riley |
| Tape Number: | |
| Time Commenced: | 9:30 |
| Time Concluded: | 10:00 |
| Time in Court: | Hours & 30 Minutes |

APPEARANCES:

Plaintiff: Nate Petterson, Assistant U.S. Attorney
Defendant(s): Daniel Scott for Wade Bamberg 9 FPD 9 CJA 9 Retained

REVOCATION/SENTENCING - Gov't moves to dismiss the petition: granted.

Defendant had initial appearance on Indictment in South Dakota - waived removal hearing and detention hearing.

Remanded to custody of US Marshal.

s/Deborah Siebrecht
Signature of Calendar Clerk