UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-292(RHK)

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) **ORDER FOR DETENTION**
v. )
)
WADE ALAN BAMBERG, )
)
Defendant. )

This matter was before the Court on February 3, 2005, for a hearing on the government's motion for detention. The government was represented by Nathan P. Petterson, Assistant United States Attorney. The defendant was present and represented by Daniel Scott, Federal Public Defender.

Defendant is currently serving a three-year term of supervised release, having been previously convicted in the District of Minnesota for the crime of failure to appear, in violation of 18 U.S.C. § 3146(a)(1). A warrant has been issued for the arrest of defendant, based upon a petition alleging violations of the terms of his supervised release.

Based upon all of the files and proceedings herein, the government's motion for detention pending a final revocation hearing before the Honorable Richard H. Kyle is GRANTED.

Dated: February 17, 2005

s/ J. Earl Cudd
J. EARL CUDD
United States Magistrate Judge