UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-292(RHK)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WADE ALAN BAMBERG,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER** |

This matter was before the Court on February 18, 2005, for a supervised release revocation hearing. The government was represented by Nathan P. Petterson, Assistant United States Attorney. The defendant was present and was represented by Daniel Scott, Federal Public Defender. In light of an Indictment returned on February 17, 2005, in United States District Court for the District of South Dakota, the government moved to dismiss the petition for violation of supervised release. Defendant had no objection, and the petition was dismissed.

This Court also held an initial appearance on the Indictment returned in South Dakota in the case of <u>United States v. Wade Bamberg</u>, Criminal No. 05-40012. Defendant was advised of the Indictment and of his right to a removal hearing and a detention hearing in the District of Minnesota. Defendant waived a removal hearing and waived a detention hearing, without

prejudice to his right to have the issue of his release or detention considered in the District of South Dakota.

Based upon all of the foregoing,

IT IS HEREBY ORDERED that defendant be removed to the District of South Dakota, and that he be detained pending his removal, without prejudice to his right to have the issue of his release or detention considered in the District of South Dakota.

Dated: February 23 , 2005

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge